**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-6806

CARNELL D. MCELROY, SR.,

Plaintiff - Appellant,

v.

HAROLD CLARKE, Director of Virginia Department of Corrections; EARL BARKSDALE, Warden of Red Onion State Prison; MISS BAKER, Institutional Programs Manager of Red Onion State Prison; JEFFREY C. ARTRIP, Chief Housing Unit Manager of Red Onion State Prison; LIEUTENANT ROY A. SYKES, Correctional Officer of Red Onion State Prison,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (7:16-cv-00245-JPJ-RSB)

Submitted: November 21, 2017                    Decided: November 27, 2017

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carnell Dion McElroy, Appellant Pro Se. Laura Haeberle Cahill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carnell D. McElroy, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McElroy v. Clarke*, No. 7:16-cv-00245-JPJ-RSB (W.D. Va., June 14, 2017). The motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
